SEPEHR TORABI
3253 Caminito East Bluff, #26
La Jolla, California 92037
Phone: (858) 518-1515

Plaintiff, In Pro Se

FILED
09 DEC 31 PM 4: 23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CITIBANK NA AS TRUSTEE FOR WAMU 2004-AR9<br><br>Plaintiff<br><br>vs.<br><br>SEPEHR TORABI, and DOES 1 through 6, INCLUSIVE<br><br>Defendants | Case No. '09 CV 2945 W WVG<br><br>NOTICE OF REMOVAL<br><br>[28 U.S.C. § 1446]<br><br>JURY REQUESTED |
|---|---|

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA; TO THE HONORABLE JUDGE OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, and to Plaintiff, CITIBANK N.A. AS TRUSTEE FOR WAMU 2004-AR9.

   Defendant, SEPEHR TORABI, hereby provides Notice of Removal of case No. 37-2009-00046227 UD CTL from the Superior Court of the County of San Diego, to the United States District Court Southern District of California. This removal is based on the following grounds:

   On August 19, 2009 an action was commenced by Plaintiff Citibank N.A. against Defendant Sepehr Torabi in the Superior Court of the State of California in and for the County of San Diego entitled *Citibank N.A. as Trustee for Wamu 2004-AR9 vs. Torabi, and Does 1-6 Inclusive* bearing San Diego County Superior Court Case No. 37-2009-00046227-CL-UD-CTL, regarding real property situated in the State of California (A true copy of the complaint is attached hereto as "Exhibit A" and made a part of this pleading.)

1  Contained in Plaintiffs complaint is a verification, signed by the attorney for Plaintiff, namely Randall D. Naiman, stating that his client was absent from the County of San Diego and unable to verify the pleading.

Defendant is informed and believes that the headquarters of Plaintiff Citibank N.A. is located in the State of New York. Defendant Sepehr Torabi is domiciled in the State of California, and the real property subject to the proceeding is situated in the State of California.

By reason of the foregoing, the above described action is a civil action which may be removed to the United States District Court by Defendant Torabi pursuant to the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, because this is between citizens of different states and whereas, the amount of damages which would be sustained by Defendant would exceed $75,000.00 exclusive of interest and costs.

On the date specified below, a copy of this notice is being served on Plaintiffs attorney and a copy of this notice is being filed with the clerk of the Superior Court of the State of California, in and for the County of San Diego.

Respectfully submitted by:

Date: 12/31.09

SEPEHR TORABI
Defendant, In Pro Se

FILED
CIVIL BUSINESS OFFICE 8
CENTRAL DIVISION
09 AUG 19 AM 11: 19
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

Randall D. Naiman, Esq. - State Bar No. 81048
NAIMAN LAW GROUP,
Professional Corporation
4660 La Jolla Village Drive, Suite 500
San Diego, California 92122
(858) 535-4808 (telephone)
(858) 535-4809 (facsimile)

Attorney for Plaintiff, **CITBANK, NA AS TRUSTEE FOR WAMU 2004-AR9**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## CENTRAL DIVISION

| | |
|---|---|
| CITBANK, NA AS TRUSTEE FOR WAMU 2004-AR9<br><br>Plaintiff,<br><br>vs.<br><br>SEPEHR TORABI; and DOES 1 to 6, inclusive<br><br>Defendants. | Case No.:   37-2009-00046227-CL-UD-CTL<br><br>**LIMITED CIVIL CASE**<br><br>**COMPLAINT FOR UNLAWFUL DETAINER**<br><br>**AMOUNT DEMANDED DOES NOT EXCEED $10,000.00**<br><br>**Foreclosure** |

Plaintiff alleges:

1. This court is the proper court for the trial of this action because:

    a. Each Defendant resides and/or conducts business in the area served by this Court;

    b. The real property which is the subject of this action **3253 Caminito Eastbluff Unit 26, La Jolla, CA 92037** (hereinafter "the Property"), is located in the area served by this Court; and

    c. The amount of damages claimed in this action does not exceed $10,000.00.

2. Plaintiff is informed and believes and upon such information and belief alleges that Defendant Sepehr Torabi (hereinafter "Defendant") at all times herein

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SEPEHR TORABI, and DOES 1 to 6, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CITIBANK, NA AS TRUSTEE FOR WAMU 2004-AR9
CITIBANK(?)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
CIVIL BUSINESS OFFICE
09 AUG 19 AM 11:19
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en un sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA
   COUNTY OF SAN DIEGO
   330 West Broadway
   San Diego, CA 92101
   CENTRAL DIVISION

   **CASE NUMBER:**
   *(Número del caso):*
   37-2009-00046227-CL-UD-CTL

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Randall D. Naiman, Esq. (#81048)          (858) 535-4808
   Naiman Law Group, PC                      (858) 535-4809
   4660 La Jolla Village Drive, Suite 500
   San Diego, CA 92122

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: AUG 19 2009             Clerk, by C. BOYLE, Deputy
*(Fecha)*                     *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] COPY

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)           [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Randall D. Naiman, Esq. (#81048)<br>Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>Suite 500<br>San Diego, CA 92122<br>TELEPHONE NO.: (858) 535-4808   FAX NO.: (858) 535-4809<br>ATTORNEY FOR *(Name):* CITIBANK | FOR COURT USE ONLY<br>FILED<br>CIVIL BUSINESS OFFICE<br>CENTRAL DIVISION<br>09 AUG 19 AM 11:19<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: COUNTY OF SAN DIEGO
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL DIVISION

CASE NAME: ~~CITIBANK~~ v. TORABI
CITIBANK(?)

| CIVIL CASE COVER SHEET<br>[ ] Unlimited  [X] Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | Complex Case Designation<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>37-2009-00046227-CL-UD-CTL<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [ ] Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)

   **Employment**
   [ ] Wrongful termination (36)
   [ ] Other employment (15)

   **Contract**
   [ ] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)

   **Real Property**
   [ ] Eminent domain/Inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)

   **Unlawful Detainer**
   [ ] Commercial (31)
   [X] Residential (32)
   [ ] Drugs (38)

   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [ ] Other complaint *(not specified above)* (42)

   **Miscellaneous Civil Petition**
   [ ] Partnership and corporate governance (21)
   [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve     e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence     f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [X] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 1
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 14, 2009

Randall D. Naiman, Esq. (#81048)
(TYPE OR PRINT NAME)                                                    ► *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

| NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT. |
|---|
| 1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint. |
| 2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint. |
| 3. If you do not file this form, you will be evicted without further hearing. |

CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR (Name):

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: COUNTY OF SAN DIEGO
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL DIVISION

PLAINTIFF: ~~CITIBANK~~, NA AS TRUSTEE FOR WAMU 2004-AR9
   CITBANK
DEFENDANT: SEPEHR TORABI, and DOES 1 to 6, inclusive

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER:

(To be completed by the process server)
DATE OF SERVICE:

(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address): 3253 Caminito Eastbluff Unit 26, La Jolla, CA 92037

4. On (insert date): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]   **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**   Legal Solutions Plus   Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

SUM-200(A)

| SHORT TITLE: CITIBANK v. TORABI | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

➔ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➔ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    ☐ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Legal Solutions Plus

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group<br>4660 La Jolla Village Drive   500<br>San Diego       CA      92122<br>Attorney For: PLAINTIFF | | | (858)535-4808<br>Reference Number:<br>2632566              44194 | |

| | | | | |
|---|---|---|---|---|
| Plaintiff/Petitioner: Citbank, NA | | | | |
| Defendant/Respondent: Sepehr Torabi, et al. | | | | |
| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate

On the following tenant(s): All Tenants, Subtenants, and Others in Possession

Address:  3253 Caminito Eastbluff, Unit 26
          La Jolla, CA 92037

Date and Time of Posting:  8/6/2009 at 5:07pm.

BY POSTING a copy for each above-named tenant in a conspicious place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenant(s) AND MAILING by first-class mail on said date a copy to each tenant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named tenant(s) at the place where the property is situated.

FILE BY FAX PER CRC 2.303

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $  $0.00
Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1112
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/11/2009

(Signature)

Judicial Council form POS-010            **Proof of Service**            Code Civil Procedure 417.10(f)

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No:<br>(858)535-4808 | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group<br>4660 La Jolla Village Drive   500<br>San Diego            CA        92122<br>Attorney For: PLAINTIFF | | | Reference Number:<br>2632565            44194 | |

| Plaintiff/Petitioner: | Citbank, NA | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Sepehr Torabi, et al. | | | |
| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate

On the following tenant(s): Sepehr Torabi

Address:   3253 Caminito Eastbluff, Unit 26
           La Jolla, CA 92037

Date and Time of Posting:   8/6/2009 at 5:07pm.

BY POSTING a copy for each above-named tenant in a conspicious place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenant(s) AND MAILING by first-class mail on said date a copy to each tenant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named tenant(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $  $45.00
Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.: 1112
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/11/2009                                                (Signature)

# CIVIL COVER SHEET

☙JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
CITIBANK NA AS Tustee for WA MU AR-2004 AR9

**DEFENDANTS**
SEPE HO... [illegible] ...

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) **09CV2945 W  WVG**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☒ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS – PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 15 USC 1601  15 USC 1692
Brief description of cause: Unlawful foreclosure

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE John A Houston    DOCKET NUMBER 09CV02838

DATE 12/31/09
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 8791   AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS008791
Cashier ID: mbain
Transaction Date: 12/31/2009
Payer Name: SEPEHR TORABI
----------------------------------
CIVIL FILING FEE
 For: CITIBANK V TORABI
 Case/Party: D-CAS-3-09-CV-002945-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 5129
 Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00



There will be a fee of $45.00
charged for any returned check.
```