UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 0 4 2011

Citibank N.A,

        Plaintiff,

vs.

Sepehr Torabi, DOES
1 through 6, inclusive

        Defendant.

CASE NO. 09-cv-02945-JAH-BLM

JUDGMENT AND DISMISSAL BY COURT
UNDER Local Cv Rule 41.1 FOR WANT OF
PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: 10/03/2011

_____
John A. Houston
UNITED STATES DISTRICT JUDGE

ENTERED ON _____